570 A.2d 956

STATE OF NEW JERSEY v. WILLIE D. ETHRIDGE.

October 10, 1989.

Petition for certification denied.

570 A.2d 956

STATE OF NEW JERSEY v. WILLIAM M. BOYCE.

October 10, 1989.

Petition for certification denied.

570 A.2d 956

STATE OF NEW JERSEY v. JEROME PERKINS.

October 10, 1989.

Petition for certification denied.

570 A.2d 956

STATE OF NEW JERSEY v. EDWARD FEDEROWICZ.

October 10, 1989.

Petition for certification denied.

570 A.2d 957

STATE OF NEW JERSEY v. KYLE L. GREEN.

October 10, 1989.

Petition for certification denied.